IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AVALLONE MECHANICAL CO. and
MICHAEL AVALLONE,

    Plaintiffs,

v.                                              No. 12-cv-0677 WPL/SMV

CITY OF LAS CRUCES,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 12], filed on August 17, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 16], filed August 30, 2012.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**